(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tormodsen, Raymond E.** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**DeBehnke, Lorie I.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**1648** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if<br>more than one, state all):<br>**1003** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5148 N. Monitor**<br>**Chicago, Illinois 60630** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5148 N. Monitor**<br>**Chicago, Illinois 60630** |
| County of Residence or of the<br>Principal Place of Business:   **COOK** | County of Residence or of the<br>Principal Place of Business:   **COOK** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)     ☐ Railroad<br>☐ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other _____ ☐ Clearing Bank | | ☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 13<br>☐ Chapter 9     ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business     ☐ Business | | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>   Must attach signed application for the court's consideration certifying<br>   that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)

FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Raymond E. Tormodsen, Lorie I. DeBehnke** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>   **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **s/ Raymond E. Tormodsen**
Signature of Debtor

X   **s/ Lorie I. DeBehnke**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**04/13/2005**
Date

### Signature of Attorney

X
Signature of Attorney for Debtor(s)

**Jill Rose Quinn,  06184392**
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Jill Rose Quinn**
Firm Name

**4825 North Mason Avenue, #104-105  Chicago, Illinois 60630**
Address

**(773) 777-9277**
Telephone Number

**04/13/2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if petitioner is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____   **04/13/2005**
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A
(6/90)

In re:   **Raymond E. Tormodsen**                    **Lorie I. DeBehnke**                .        Case No.   _____
                           **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          '     **Case No.** _____
_____ Debtor _____                                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Pocket money** | | **80.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TCF Bank checking account** | | **75.00** |
| | | **VAMCO CREDIT UNION- CHECKING ACCT. DES PLAINES, II.** | | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **COMPUTER, TELEVISION, STEREO, & VCR** | J | **200.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **BOOKS, PICTURS, CD'S, TAPES** | J | **50.00** |
| 6. Wearing apparel. | | **CLOTHES** | J | **25.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | **MCI 401K** | W | **5,000.00** |
| | | **MCI PENSION** | W | **12,379.00** |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| | | | | |

FORM B6B
(10/89)

In re   **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          '      Case No. _____
      Debtor                                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds.  Give particulars. | | **2004 Income tax refund** | J | **1,000.00** |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Causes of Action, Case No. 03  L 502; amount unknown** | | **0.00** |
| 21. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| | | | | |

FORM B6B
(10/89)

In re  **Raymond E. Tormodsen**                    **Lorie I. DeBehnke**          ,       Case No. _____
_____
        **Debtor**                                                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

        __2__  continuation sheets attached                         Total     $ **18,909.00**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

FORM B6C
(6/90)

In re  **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          , **Case No.** _____

Debtor.                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).   **Note:  These exemptions are available only in certain states.**

☑ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **2004 Income tax refund** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **BOOKS, PICTURS, CD'S, TAPES** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Causes of Action, Case No. 03 L 502; amount unknown** | **735 ILCS 5/12-1001(h)(2)** | **7,500.00** | **0.00** |
| **CLOTHES** | **735 ILCS 5/12-1001(a),(e)** | **0.00** | **25.00** |
| **COMPUTER, TELEVISION, STEREO, & VCR** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **MCI 401K** | **735 ILCS 5/12-1006** | **0.00** | **5,000.00** |
| **MCI PENSION** | **735 ILCS 5/12-1006** | **0.00** | **12,379.00** |
| **Pocket money** | **735 ILCS 5/12-1001(b)** | **80.00** | **80.00** |
| **TCF Bank checking account** | **735 ILCS 5/12-1001(b)** | **75.00** | **75.00** |
| **VAMCO CREDIT UNION- CHECKING ACCT. DES PLAINES, Il.** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |

FORM B6D
(12/03)

In re: **Raymond E. Tormodsen**                    **Lorie I. DeBehnke**                    ,    Case No. _____

_____Debtor_____                                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **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**<br><br>**MCI 401 K plan**<br>**c/o Merrill Lynch**<br>**Benefits Administration e 1-2**<br>**22001 Loudon County Parkway**<br>**Ashburn, VA 20147** | | **W** | **Pension plan**<br>_____<br>**VALUE $12,379.13** | | | | **3,352.45** | **0.00** |

0 Continuation sheets attached

|  |  |
|---|---|
| **Subtotal** ➢<br>(Total of this page) | **$3,352.45** |
| **Total** ➢<br>(Use only on last page) | **$3,352.45** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re **Raymond E. Tormodsen**                    **Lorie I. DeBehnke**                    Case No. _____
               Debtor                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

    * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          ,   Case No.
_____
      Debtor                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal ➤ | $0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | **Total** ➤ | $0.00 |
|  | **(Use only on last page of the completed Schedule E.)** | |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re   **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          .   Case No. _____
             Debtor                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **03859279** <br><br> **American General Finance** <br> **3133 N. Central Avenue** <br> **Chicago, IL 60634** | | H | **Attorney fees on custody case** | | | | 2,593.00 |
| ACCOUNT NO.   **581853** <br><br> **Anatoly Arber MD** <br> **c/o Certified Services, Inc.** <br> **P.O. Box 177** <br> **Waukegan, IL 60079-0177** | | W | **Medical expense** | | | | 103.82 |
| ACCOUNT NO. <br><br> **Arnold Austria** <br> **720 Celebration Ave., Ste. 120** <br> **Celebration, FL 34747** | | J | **Owed back rent** | | | | 5,000.00 |
| ACCOUNT NO.   **4351810000005396** <br><br> **Aspire Visa** <br> **P.O. Box 23007** <br> **Columbus, GA 31902-3007** | | H | **Credit card purchases** | | | | 1,291.56 |
| ACCOUNT NO.   **4319041030015459** <br><br> **Bank of America** <br> **c/o Penncro Associates, Inc.** <br> **95 James Way, Ste. 113** <br> **Southampton, PA 18966-3847** | | W | **Credit card purchases** | | | | 1,849.90 |

6   Continuation sheets attached

|  |  |
|---|---|
| Subtotal          ► |  |
| Total          ► | $10,838.28 |

Form B6F - Cont.
(12/03)

In re  **Raymond E. Tormodsen**                    **Lorie I. DeBehnke**                    .   Case No. _____
　　　　　　Debtor                                                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5291151444373896**<br>**Capital One**<br>**c/o Risk  Management Alternatives**<br>**880 Grier Drive**<br>**Las Vegas, NV 89119** | | H | **Miscellaneous purchases** | | | | **842.69** |
| ACCOUNT NO.   **5178052169017502**<br>**Capital One**<br>**c/o OSI Collection Services, Inc**<br>**P.O. Box 550690**<br>**Jacksonville, FL 32255-0690** | | H | **Miscellaneous purchases** | | | | **4,081.63** |
| ACCOUNT NO.   **4388641525820820**<br>**Capital One**<br>**c/o Risk Management Alternative**<br>**7324 SW Freeway, Ste. 1200**<br>**Houston, TX 77074** | | W | **Miscellaneous purchases** | | | | **1,017.29** |
| ACCOUNT NO.   **5291071499924064**<br>**Capital One**<br>**c/o NCO Financial Systems, Inc**<br>**P.O. Box 7590, Deot. 64**<br>**Hampton, VA 23666** | | H | **Miscellaneous purchases** | | | | **285.06** |
| ACCOUNT NO.   **5570091780964944**<br>**Capital One**<br>**c/o Allied Interstate**<br>**300 Corporate Exchange Dr., 5th Flr**<br>**Columbus, OH 43231** | | H | **Miscellaneous purchases** | | | | **520.90** |

Sheet no. _1_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

**$6,747.57**

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re __Raymond E. Tormodsen_____ __Lorie I. DeBehnke_____. Case No. _____

       Debtor                                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5291071548163714**<br>**Capital One**<br>**c/o Allied Interstate**<br>**3000 Corporate Exchange Dr., 5th Fl**<br>**Columbus, OH 43231** | | W | Miscellaneous purchases | | | | 647.01 |
| ACCOUNT NO. **5770912115292043**<br>**Cardholder Management Services, LLC**<br>**c/o Enhanced Recovery Corp.**<br>**8014 Bayberry Road.**<br>**Jacksonville, FL. 32256** | | W | Miscellaneous purchases | | | | 1,667.92 |
| ACCOUNT NO. **5424180328894396**<br>**Citi Cards**<br>**c/o United Recovery Systems, LP**<br>**P.O. Box 722910**<br>**Houston, TX 77272-2910** | | W | Miscellaneous purchases | | | | 6,954.34 |
| ACCOUNT NO. **5424180145299829**<br>**Citi Cards**<br>**c/o Northland Group**<br>**P.O. Box 390905**<br>**Edina, MN 55439** | | J | Miscellaneous purchases | | | | 1,507.87 |
| ACCOUNT NO. **5424180233948634**<br>**Citi Cards**<br>**c/o  Alliance One**<br>**1160 Centre Pointe Drive, Ste 1**<br>**Mendota Heights, MN 55120** | | H | Miscellaneous purchases | | | | 7,482.55 |

Sheet no. _2_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$18,259.69

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Raymond E. Tormodsen** _____ **Lorie I. DeBehnke** _____ .  Case No. _____
                    Debtor                                                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **673306583055316**<br>**Citi Financial Services**<br>**P.O. Box 222178**<br>**Charlotte, NC 28222-2178** | | H | | | | | **4,477.92** |
| ACCOUNT NO.  **5541514849**<br>**Citibank Amoco**<br>**c/o LTD Financial Services**<br>**7322 Southwest Freeway, Ste. 1600**<br>**Houston, TX 77074** | | H | **Credit card purchases** | | | | **927.61** |
| ACCOUNT NO.  **1388284**<br>**Diagnostic Imaging Assoc. Ltd.**<br>**P.O. Box 4077**<br>**Northbrook, IL 60065-4077** | | W | **Medical expense** | | | | **274.80** |
| ACCOUNT NO.  **1385566**<br>**Diagnostic Imaging Assoc. Ltd.**<br>**P.O. Box4077**<br>**Northbrook, IL 60065-4077** | | H | **Medical expense** | | | | **301.00** |
| ACCOUNT NO.  **W6164085-HC-ST510-99**<br>**DR. Purshotam Sawlani**<br>**c/o I.C. System  Inc.**<br>**444 Highway 96 East Box 64378**<br>**St. Paul, MN 55164-0378** | | H | **Medical expense** | | | | **54.16** |

Sheet no.  _3_  of  _6_  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤
(Total of this page)

**$6,035.49**

Total  ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re   **Raymond E. Tormodsen**                    **Lorie I. DeBehnke**                    .   Case No. _____
_____            _____
         Debtor                                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5440450062581875** <br><br> **Household credit services** <br> **c/o CCB Credit Services, Inc** <br> **P.O. Box 272** <br> **Springfield, IL 62705-0272** | | W | **Miscellaneous purchases** | | | | **1,970.44** |
| ACCOUNT NO.  **413397001350173** <br><br> **Household Finance** <br> **P.O. Box 17574** <br> **Baltimore, MD 21297-1574** | | W | **Auto repair, vacation** | | | | **5,189.91** |
| ACCOUNT NO.  **412224-17-177939-8** <br><br> **Household Finance** <br> **P.O. Box 17574** <br> **Baltimore, MD 21297-1574** | | H | **Line of credit, miscellaneous purchases** | | | | **4,116.01** |
| ACCOUNT NO.  **4465610300935018** <br><br> **Providian** <br> **P.O. Box 660487** <br> **Dalla, TX 75266-0487** | | H | **Miscellaneous purchases** | | | | **6,162.43** |
| ACCOUNT NO.  **7591495** <br><br> **Ressurection Medical Center** <br> **c/o Illinois Collection Service Inc** <br> **P.O. Box 646** <br> **Oaklawn, IL 60454-0646** | | W | **Medical expense** | | | | **257.85** |

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| | $17,696.64 |
|---|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

Form B6F - Cont.
(12/03)

In re  **Raymond E. Tormodsen** _____ **Lorie I. DeBehnke** _____,   Case No. _____
           Debtor                                                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0404000728**<br><br>**Resurrection Medical Center**<br>**c/o Revenue Production Management**<br>**P.O. Box 830913**<br>**Birmingham, AL 35283-0913** | | H | medical expense | | | | 255.70 |
| ACCOUNT NO. **56002731003**<br><br>**Rush University Medical Center**<br>**c/o Medical Recovery Specialists**<br>**2200 East Devon Ave., Ste. 288**<br>**Des Plaines, IL 60018-4519** | | W | Medical expense | | | | 854.50 |
| ACCOUNT NO. **56002731002**<br><br>**Rush University Medical Center**<br>**c/o Computer Credit, Inc.**<br>**640 West Fourth St.**<br>**Winston Salem, NC 27113-5238** | | W | Medical expense | | | | 482.50 |
| ACCOUNT NO. **56002731001**<br><br>**Rush University Medical center**<br>**c/o Harvard Collection Services**<br>**4839 N. Elston Avenue**<br>**Chicago, IL 60630-2534** | | W | Medical expense | | | | 1,034.00 |
| ACCOUNT NO. **E00009710896**<br><br>**Saint Elizabeth Hospital**<br>**c/o Malcolm S. Gerald & Assoc., Inc**<br>**332 South Michigan Ave., Ste. 600**<br>**Chicago, IL 60604** | | W | Medical expense | | | | 215.50 |

Sheet no. _5_ of _6_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | |
|---|---|
| Subtotal | **$2,842.20** |
| Total | |

Form B6F - Cont.
(12/03)

In re  **Raymond E. Tormodsen**                **Lorie I. DeBehnke**                .    Case No. _____
　　　　　　　　Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5121071822294991**<br><br>**Sears**<br>**c/o Academy Collection Service, Inc**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154-3210** | | W | Miscellaneous purchases | | | | 3,357.29 |
| ACCOUNT NO.  **187734**<br><br>**University Rheumatologists**<br>**300 S. Ashland Ave., Ste. 104**<br>**Chicago, IL 60607-2746** | | W | Medical expense | | | | 172.00 |
| ACCOUNT NO.  **58983868**<br><br>**Wells Fargo Financial**<br>**P.O. Box 98798**<br>**Las Vegas, NV 89193-8798** | | H | | | | | 838.00 |

Sheet no.  6  of  6  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

| | $4,367.29 |
|---|---|

Total ➤
**(Use only on last page of the completed Schedule F.)**

| | $66,787.16 |
|---|---|

(Report also on Summary of Schedules)

**Jill Rose Quinn   06184392**
**Law Offices of Jill Rose Quinn**
**4825 North Mason Avenue, #104-105**
**Chicago, Illinois 60630**


**(773) 777-9277**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois


In Re:
Debtor:  **Raymond E. Tormodsen**                                    Case No:
Social Security Number:  **1648**
                                                                      Chapter  **7**
Joint Debtor:  **Lorie I. DeBehnke**
Social Security Number:  **1003**                                     Numbered Listing of Creditors


| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **American General Finance**<br>**3133 N. Central Avenue**<br>**Chicago, IL 60634** | **Unsecured Claims** | **$ 2,593.00** |
| 2. **Anatoly Arber MD**<br>**c/o Certified Services, Inc.**<br>**P.O. Box 177**<br>**Waukegan, IL 60079-0177** | **Unsecured Claims** | **$ 103.82** |
| 3. **Arnold Austria**<br>**720 Celebration Ave., Ste. 120**<br>**Celebration, FL 34747** | **Unsecured Claims** | **$ 5,000.00** |
| 4. **Aspire Visa**<br>**P.O. Box 23007**<br>**Columbus, GA 31902-3007** | **Unsecured Claims** | **$ 1,291.56** |
| 5. **Bank of America**<br>**c/o Penncro Associates, Inc.**<br>**95 James Way, Ste. 113**<br>**Southampton, PA 18966-3847** | **Unsecured Claims** | **$ 1,849.90** |

In re:  **Raymond E. Tormodsen**
      **Lorie I. DeBehnke**

Case No. _____

| 6. | **Capital One**<br>**c/o Allied Interstate**<br>**300 Corporate Exchange Dr., 5th Flr**<br>**Columbus, OH 43231** | **Unsecured Claims** | **$ 520.90** |
|---|---|---|---|
| 7. | **Capital One**<br>**c/o Risk  Management Alternatives**<br>**880 Grier Drive**<br>**Las Vegas, NV 89119** | **Unsecured Claims** | **$ 842.69** |
| 8. | **Capital One**<br>**c/o NCO Financial Systems, Inc**<br>**P.O. Box 7590, Deot. 64**<br>**Hampton, VA 23666** | **Unsecured Claims** | **$ 285.06** |
| 9. | **Capital One**<br>**c/o OSI Collection Services, Inc**<br>**P.O. Box 550690**<br>**Jacksonville, FL 32255-0690** | **Unsecured Claims** | **$ 4,081.63** |
| 10. | **Capital One**<br>**c/o Risk Management Alternative**<br>**7324 SW Freeway, Ste. 1200**<br>**Houston, TX 77074** | **Unsecured Claims** | **$ 1,017.29** |
| 11. | **Capital One**<br>**c/o Allied Interstate**<br>**3000 Corporate Exchange Dr., 5th Fl**<br>**Columbus, OH 43231** | **Unsecured Claims** | **$ 647.01** |
| 12. | **Cardholder Management Services, LLC**<br>**c/o Enhanced Recovery Corp.**<br>**8014 Bayberry Road.**<br>**Jacksonville, FL. 32256** | **Unsecured Claims** | **$ 1,667.92** |
| 13. | **Citi Cards**<br>**c/o Northland Group**<br>**P.O. Box 390905**<br>**Edina, MN 55439** | **Unsecured Claims** | **$ 1,507.87** |
| 14. | **Citi Cards**<br>**c/o  Alliance One**<br>**1160 Centre Pointe Drive, Ste 1**<br>**Mendota Heights, MN 55120** | **Unsecured Claims** | **$ 7,482.55** |

In re:  **Raymond E. Tormodsen**
        **Lorie I. DeBehnke**                                    Case No. _____

| | | |
|---|---|---|
| 15 . | **Citi Cards**<br>**c/o United Recovery Systems, LP**<br>**P.O. Box 722910**<br>**Houston, TX 77272-2910** | **Unsecured Claims** | **$ 6,954.34** |
| 16 . | **Citi Financial Services**<br>**P.O. Box 222178**<br>**Charlotte, NC 28222-2178** | **Unsecured Claims** | **$ 4,477.92** |
| 17 . | **Citibank Amoco**<br>**c/o LTD Financial Services**<br>**7322 Southwest Freeway, Ste. 1600**<br>**Houston, TX 77074** | **Unsecured Claims** | **$ 927.61** |
| 18 . | **Diagnostic Imaging Assoc. Ltd.**<br>**P.O. Box 4077**<br>**Northbrook, IL 60065-4077** | **Unsecured Claims** | **$ 274.80** |
| 19 . | **Diagnostic Imaging Assoc. Ltd.**<br>**P.O. Box4077**<br>**Northbrook, IL 60065-4077** | **Unsecured Claims** | **$ 301.00** |
| 20 . | **DR. Purshotam Sawlani**<br>**c/o I.C. System  Inc.**<br>**444 Highway 96 East Box 64378**<br>**St. Paul, MN 55164-0378** | **Unsecured Claims** | **$ 54.16** |
| 21 . | **Household credit services**<br>**c/o CCB Credit Services, Inc**<br>**P.O. Box 272**<br>**Springfield, IL 62705-0272** | **Unsecured Claims** | **$ 1,970.44** |
| 22 . | **Household Finance**<br>**P.O. Box 17574**<br>**Baltimore, MD 21297-1574** | **Unsecured Claims** | **$ 5,189.91** |
| 23 . | **Household Finance**<br>**P.O. Box 17574**<br>**Baltimore, MD 21297-1574** | **Unsecured Claims** | **$ 4,116.01** |

In re:   **Raymond E. Tormodsen**
**Lorie I. DeBehnke**

Case No. _____

| | | | |
|---|---|---|---|
| 24. | **MCI 401 K plan**<br>**c/o Merrill Lynch**<br>**Benefits Administration e 1-2**<br>**22001 Loudon County Parkway**<br>**Ashburn, VA 20147** | **Secured Claims** | **$ 3,352.45** |
| 25. | **Providian**<br>**P.O. Box 660487**<br>**Dalla, TX 75266-0487** | **Unsecured Claims** | **$ 6,162.43** |
| 26. | **Ressurection Medical Center**<br>**c/o Illinois Collection Service Inc**<br>**P.O. Box 646**<br>**Oaklawn, IL 60454-0646** | **Unsecured Claims** | **$ 257.85** |
| 27. | **Resurrection Medical Center**<br>**c/o Revenue Production Management**<br>**P.O. Box 830913**<br>**Birmingham, AL 35283-0913** | **Unsecured Claims** | **$ 255.70** |
| 28. | **Rush University Medical Center**<br>**c/o Medical Recovery Specialists**<br>**2200 East Devon Ave., Ste. 288**<br>**Des Plaines, IL 60018-4519** | **Unsecured Claims** | **$ 854.50** |
| 29. | **Rush University Medical Center**<br>**c/o Computer Credit, Inc.**<br>**640 West Fourth St.**<br>**Winston Salem, NC 27113-5238** | **Unsecured Claims** | **$ 482.50** |
| 30. | **Rush University Medical center**<br>**c/o Harvard Collection Services**<br>**4839 N. Elston Avenue**<br>**Chicago, IL 60630-2534** | **Unsecured Claims** | **$ 1,034.00** |
| 31. | **Saint Elizabeth Hospital**<br>**c/o Malcolm S. Gerald & Assoc., Inc**<br>**332 South Michigan Ave., Ste. 600**<br>**Chicago, IL 60604** | **Unsecured Claims** | **$ 215.50** |
| 32. | **Sears**<br>**c/o Academy Collection Service, Inc**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154-3210** | **Unsecured Claims** | **$ 3,357.29** |

In re:  **Raymond E. Tormodsen**
**Lorie I. DeBehnke**

Case No. _____

33 .  **University Rheumatologists**            **Unsecured Claims**            **$   172.00**
**300 S. Ashland Ave., Ste. 104**
**Chicago, IL 60607-2746**

34 .  **Wells Fargo Financial**            **Unsecured Claims**            **$   838.00**
**P.O. Box 98798**
**Las Vegas, NV 89193-8798**

In re:   **Raymond E. Tormodsen**
         **Lorie I. DeBehnke**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Raymond E. Tormodsen**, and I, **Lorie I. DeBehnke**, named as debtors in this case, declare under penalty of perjury that we
have read the foregoing Numbered Listing of Creditors, consisting of **5 sheets** (not including this declaration), and that it is true
and correct to the best of our information and belief.

Signature:   **s/ Raymond E. Tormodsen**
             **Raymond E. Tormodsen**

Dated:   **04/13/2005**

Signature:   **s/ Lorie I. DeBehnke**
             **Lorie I. DeBehnke**

Dated:   **04/13/2005**

Form B6G
(10/89)

**In re:** **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          , **Case No.** _____

                           **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re:  **Raymond E. Tormodsen**                    **Lorie I. DeBehnke**                    .    Case No.    _____
                    **Debtor**                                                                                              **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

**In re**   **Raymond E. TormodsenLorie I. DeBehnke** _____ , **Case No.** _____
                    Debtor                                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:  **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Printer** | **N/A** |
| Name of Employer | **Precision Works** | |
| How long employed | **Since 1983** | |
| Address of Employer | **4856 W. Diversey** **Chicago, IL. 60639** | |

**Income**: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | **2,680.00** | $ | **0.00** |
| Estimated monthly overtime | $ | **0.00** | $ | **0.00** |
| SUBTOTAL | $ | **2,680.00** | $ | **0.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **524.84** | $ | **0.00** |
| b. Insurance | $ | **57.96** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify) | $ | **0.00** | $ | **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **582.80** | $ | **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,097.20** | $ | **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income | | | | |
| (Specify) | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **2,097.20** | $ | **0.00** |

TOTAL COMBINED MONTHLY INCOME _____ **$ 2,097.20** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:        **NONE**

Form B6J
(6/90)

In re **Raymond E. TormodsenLorie I. DeBehnke**                                         ,     Case No. _____
Debtor                                                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 862.00 |
| Are real estate taxes included?     Yes _____   No ✓ | | |
| Is property insurance included?     Yes _____   No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 120.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 48.00 |
| Other    **Cable** | $ | 80.00 |
| **Internet** | $ | 28.00 |
| Home maintenance (repairs and upkeep) | $ | 25.00 |
| Food | $ | 270.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 100.00 |
| Medical and dental expenses | $ | 200.00 |
| Transportation (not including car payments) | $ | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 1,958.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at
some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | _____ |
| B. Total projected monthly expenses | $ | _____ |
| C. Excess income (A minus B) | $ | _____ |
| D. Total amount to be paid into plan each _____ | $ | _____ |
| (interval) | | |

**Form B6**
**(6/90)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Raymond E. Tormodsen**              **Lorie I. DeBehnke**              Case No.

Chapter   **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 18,909.00 | | |
| C - Property Claimed as Exempt | NO | 1 | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $ 3.352.45 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 66.787.16 | |
| G - Executory Contracts and Unexpired Leases | NO | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,097.20 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,958.00 |
| Total Number of sheets in ALL Schedules ➢ | | 19 | | | |
| Total Assets ➢ | | | $ 18,909.00 | | |
| Total Liabilities ➢ | | | | $ 70,139.61 | |

Form 7
(12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:   **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          Case No. _____

**1648**                                  **1003**                        Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **33,727.24** | **Income for spouse** | **2003** |
| **27,033.00** | **Income for debtor** | **2003** |
| **18,400.91** | **Income for spouse** | **2004** |
| **31,770.11** | **Income for debtor** | **2004** |
| **2,502.80** | **Income for debtor** | **2005** |

## 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ann Loyise Medrano, Independent Executor of Estate of Edith Tormodsen v. Phillip Rosett MD, Associates in Surgery , Ltd., a corp., Ehab Shams, M.D., Nicholas Papanos, M.D., & Global Health Care, .S.C., a corp., Amritbhai Patel, M.D.** <br> **03 L 502** | **Wrongful death law suit** | **Circuit Court of Cook County Law Division** | **Pending** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None ☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Cash: $225.00** | **Wallet stolen while on CTA bus, no insurance** | **08/31/2004** |

## 9.  Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 10.  Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jose Rodriguez**<br>**5025 W. Deming Place**<br>**Chicago, Illinois** | **11/02/2004** | **1994 Cadillac (auto for parts), Value: $300.00** |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                          DATES OF OCCUPANCY

## 16.  Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None
☑

a.       If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|------|------|

* * * * * *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __04/13/2005_____         Signature of Debtor  __s/ Raymond E. Tormodsen_____
                                     **Raymond E. Tormodsen**

Date  __04/13/2005_____         Signature of Joint Debtor  __s/ Lorie I. DeBehnke_____
                                     **Lorie I. DeBehnke**

Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re: **Raymond E. Tormodsen**          **Lorie I. DeBehnke**          Case No. _____

**1648**                          **1003**                          Chapter  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a.   *Property To Be Surrendered.*

   Description of Property                                   Creditor's Name

           **None**

   b.   *Property To Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **1.   Pension plan** | **MCI 401 K plan** | | | | |

Date:   **04/13/2005**                                   **s/ Raymond E. Tormodsen**
                                                        Signature of Debtor

Date:   **04/13/2005**                                   **s/ Lorie I. DeBehnke**
                                                        Signature of Joint Debtor

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:        **Raymond E. Tormodsen**              **Lorie I. DeBehnke**              Case No. _____

                                                                                        Chapter        **7**
Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,710.00** |
| Prior to the filing of this statement I have received | $ | **1,710.00** |
| Balance Due | $ | **0.00** |

2.  The source of compensation paid to me was:

    ☒  Debtor                      ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    ☒  Debtor                      ☐  Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
    of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
    my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
    attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
          a petition in bankruptcy;

    b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)    [Other provisions as needed]
          **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **04/13/2005**_____


                                        _____
                                        **Jill Rose Quinn, Bar No.  06184392**

                                        **Law Offices of Jill Rose Quinn**
                                        Attorney for Debtor(s)

---

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **Raymond E. Tormodsen**                                    Case No.:

         **Lorie I. DeBehnke**                                        Chapter:   **7**

                    Debtor(s)

Exhibit "C" to Voluntary Petition


1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____


2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

_____

_____

_____

_____

Official Form 6 - Cont .
(12/03)

In re: **Raymond E. Tormodsen**          **Lorie I. DeBehnke**                    .          Case No. _____
                    **Debtor**                                                                            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**20**_____
                                                                                            (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.


Date:  **04/13/2005**_____          Signature:  **s/ Raymond E. Tormodsen**_____
                                                                              **Raymond E. Tormodsen**


Date:  **04/13/2005**_____          Signature:  **s/ Lorie I. DeBehnke**_____
                                                                              **Lorie I. DeBehnke**


[If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


(NOT  APPLICABLE)


Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.